**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Gabriel Kian AFKHAMI, Defendant–
Appellant.**

No. 07–41022
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 19, 2008.

Samuel Wallace Cantrell, U.S. Attorney's Office Eastern District Of Texas, Plano, TX, for Plaintiff–Appellee.

Robert Gerard Arrambide, for Defendant–Appellant.

Before JONES, Chief Judge, and JOLLY and DENNIS, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Gabriel Kian Afkhami has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Afkhami has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

